NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ROCHE DIABETES CARE, INC.,**
*Appellant*

---

2022-1137

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/289,933.

---

**JUDGMENT**

---

GENE J. BROCKLAND, JR., Amundsen Davis LLC, St. Louis, MO, argued for appellant. Also represented by JENNIFER LACROIX, Chicago, IL.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by SARAH E. CRAVEN, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>December 7, 2022</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>